**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Diamond Perfection, Inc.** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **Aquafeel Solutions** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-8609371** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **230 Capcom Ave, Suite 103** <br> **Wake Forest, NC 27587** <br> Number, Street, City, State & ZIP Code | <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Wake** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.aquafeelsolutions.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    **Diamond Perfection, Inc.**                                              Case number (*if known*) _____

Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

Chapter 7

Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor   **Diamond Perfection, Inc.**                                           Case number (*if known*) _____
_____
Name

| | |
|---|---|
| **11. Why is the case filed in this district?** | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .  *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Diamond Perfection, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 18, 2019**
              MM / DD / YYYY

**X** **/s/ Cesar Angulo**                                          **Cesar Angulo**
Signature of authorized representative of debtor                    Printed name

Title    **CEO**

**18. Signature of attorney**

**X** **/s/ James B. Angell**                              Date    **July 18, 2019**
Signature of attorney for debtor                                    MM / DD / YYYY

**James B. Angell**
Printed name

**Howard, Stallings, From, Atkins, Angell & Davis, P.A.**
Firm name

**P.O. Box 12347**
**Raleigh, NC 27605**
Number, Street, City, State & ZIP Code

Contact phone    **(919) 821-7700**    Email address    **JAngell@hsfh.com**

**12844 NC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name ___Diamond Perfection, Inc.___

United States Bankruptcy Court for the: ___Eastern___ District of ___North Carolina___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | A Watts Water Technologies Company Attn: Managing Agent P.O. Box 654070 Dallas, TX 75265 | | Supplier/Vendor Service | | | | $124,158.18 |
| 2 | American Express Attn: Managing Agent P.O. Box 650448 Dallas, TX 75265 | | Credit Card | | | | $97,941.20 |
| 3 | Zenaida Peralta 3019 Louisiana Avenue, Unit A Halethorpe, MD 21227 | | Pending Litigation | | | | $0 |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Cesar Agulo, CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Dated: July 18, 2019

Signature:     /s/Cesar Agulo
Cesar Agulo
CEO

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Diamond Perfection, Inc.**       Case No. _____

           Debtor(s)       Chapter   **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $      **36,717.00** |
   | Prior to the filing of this statement I have received | $      **36,717.00** |
   | Balance Due | $      **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
        **Representation in Chapter 11 case and any Adversary Proceedings.**
        **Payment represents refundable retainer only.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Any proceedings in any other Court other than Bankruptcy Court.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 18, 2019** _____         /s/ James B. Angell

*Date*                                **James B. Angell**
                                      *Signature of Attorney*
                                      **Howard, Stallings, From, Atkins, Angell & Davis, P.A.**
                                      **P.O. Box 12347**
                                      **Raleigh, NC 27605**
                                      **(919) 821-7700   Fax: (919) 821-7703**
                                      **JAngell@hsfh.com**
                                      *Name of law firm*

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re   **Diamond Perfection, Inc.**

Case No. _____

Debtor(s)

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July 18, 2019**

**/s/ Cesar Angulo**

**Cesar Angulo**/CEO
Signer/Title

A Watts Water Technologies Company
Attn: Managing Agent
P.O. Box 654070
Dallas, TX 75265

Alex E Ramirez
3603 Stonesboro Rd
Fort Washington, MD 20744

Ana  Guevara
13303 Parkland Dr
Rockville, MD 20853

ABDISSA  GEBRE
3928 DUNES WAY
Burtonsville, MD 20866

ALEXANDER  ALDANA
13316 FOXHALL DR
Silver Spring, MD 20906

ANA  I  CHEVEZ  ORTEGA
11206 DORSET LN
Beltsville, MD 20705

ABEBA  BEYENE
2 SEEK CT
Takoma Park, MD 20912

ALICE  NGUFOR
5822 MENTANA ST
New Carrollton, MD 20784

Ana  M  Garcia
241 Panorama Dr
Oxon Hill, MD 20745

AC  &  TJ  Real  Estate

Alvaro  Mendez
311 Bogota Dr
Fort Washington, MD 20744

ANA  M  MEJIA
4301 VINE ST
Capitol Heights, MD 20743

ADELA  AYALA
5637 FISHER RD
Temple Hills, MD 20748

American  Express
Attn: Managing Agent
P.O. Box 650448
Dallas, TX 75265

Ana  Martinez
5036 Guther St
Capitol Heights, MD 20743

ADELAIDA  CERQUEDA
14313 CHAPEL COVE CT
Laurel, MD 20707

AMILCAR  GOMEZ
60 UNIVERSITY BLVD E
Silver Spring, MD 20901

ANA  PORRAS
18216 HURRICANE  CT
Hagerstown, MD 21740

ADIUS  MOISE
1903 RED OAK DR
Hyattsville, MD 20783

AMPARO  ARGUETA
1402 RUATAN ST
Hyattsville, MD 20783

Ana  R  Villatoro
6607 Middlefield Rd
Fort Washington, MD 20744

ALBERTO  VENTURA
404 CEDARLEAF AVE
Capitol Heights, MD 20743

ANA  CAPISTRAN
1015 8TH ST
Laurel, MD 20707

ANA  ROSERO
12458 VALLEYSIDE  WAY
Germantown, MD 20874

ALEJANDRO  DORADEA
2305 TUMMLER AVE
Landover, MD 20785

ANA  CONTRERAS
9400 FRANKLIN AVE
Lanham Seabrook, MD 20706

ANA  VILLATORO  DE  GARCIA
6609 NYACK PL
District Heights, MD 20747

ANALILIA  MURRIETA
1313 ASHEVILLE RD
District Heights, MD 20747

BABATUNDE  ADESOKAN
50 POINTIAC WAY
Gaithersburg, MD 20878

Blanca  Panameno
7601 Colony Ave
Laurel, MD 20707

ANASTACIO  HERIQUEZ
18626 BAY LEAF WAY
Germantown, MD 20874

BENITA  ZAMORA
6533 PARKWAY CT
Hyattsville, MD 20782

Boanerge J Lopez
4807 Garrett Ave
Beltsville, MD 20705

ANDRES  CEVALLOS
5663 SINGLETREE DR
Frederick, MD 21703

BERNARDINO  ROMERO
9205 5TH ST
Lanham Seabrook, MD 20706

Bradley M. Strickland
Kramon & Graham PA
One South Street, Suite 2600
Baltimore, MD 21202

Andrew  Okai
1908 Calais Ct
Baltimore, MD 21244

BERTILIO  MORALES  AYALA
4409 HALLET ST
Rockville, MD 20853

BRENDA  ARIAS
2229 HARWOOD LN
Bowie, MD 20716

Angela  Morales
12512 Barbara Rd
Silver Spring, MD 20906

Bladimir  Ortiz
120 Gold Kettle Dr
Gaithersburg, MD 20878

CANDIDA  HERNANDEZ
6706 MIDDLEFIELD RD
Fort Washington, MD 20744

ANTENEH  AFEWORK
5904 KING ARTHUR WAY
Glenn Dale, MD 20769

BLADIMIR  VARGAS  NAVARRO
11329 MELCLARE DR
Beltsville, MD 20705

Carlos A Martinez
9315 Bathgate Ct
Montgomery Village, MD 20886

ANTONIO  HERMES
6117 LAMONT DR
New Carrollton, MD 20784

BLANCA  CALDERON  ORTIZ
9519 AVENEL RD
Silver Spring, MD 20903

CARLOS  MARTINES-MATIAS
212 2ND AVE
Baltimore, MD 21227

Arnulfo  Rodriguez
4013 Oakley Dr
Waldorf, MD 20602

BLANCA  GAITAN
608 PONTIAC AVE
Baltimore, MD 21225

CARLOS  MOLANO
13050 YELLOW JACKET RD
Hagerstown, MD 21740

Asusena  Orozco
4924 Powder Mill Rd
Beltsville, MD 20705

BLANCA  LUNA
1116 SPOTSWOOD DR
Silver Spring, MD 20905

Carlos  Paz  Arias
125 Irving St
Laurel, MD 20707

CARMEN ANDRADE
3817 3RD ST
Baltimore, MD 21225

Consuelo Espinoza
9410 Trevino Ter 135
Laurel, MD 20708

DAYRA M RODAS
8611 DANGERFIELD RD
Clinton, MD 20735

CELIA MOSCOSO
9113 ROLLING VIEW DR
Lanham Seabrook, MD 20706

Corey Pettus
6403 Rosalie Ln
Riverdale, MD 20737

Deborah F Fletcher
8103 Maxfield Dr
Clinton, MD 20735

CHRISTIAN HIDALGO HERNANDEZ
1040 SAINT PAULS DR
Waldorf, MD 20602

Cristian Pena Mancia
1388 Primrose Rd
Annapolis, MD 21403

Deborah Fletcher
8103 Maxfield Dr
Clinton, MD 20735

YANIRA CRUZ
10026 TENBROOK DR
Silver Spring, MD 20901

CRUZ AYALA
2406 LEWISDALE DR
Hyattsville, MD 20783

DENIS CANTARERO
4 TARFISEDE CT
Gaithersburg, MD 20879

CLARISSA ZEPEDA
4413 38TH ST
Brentwood, MD 20722

Cruz Maltos Sandoval
10302 Greentop Rd
Cockeysville, MD 21030

DENYS ROSA
23205 ROBIN SONG DR
Clarksburg, MD 20871

Claudia Estrada
12505 Woodsong Ln
Mitchellville, MD 20721

CYNTHIA STEPHENS
6105 KOALA CT
Waldorf, MD 20603

DENYS ZELAYA
5902 48TH AVE
Riverdale, MD 20737

CLAUDIA FUNES
5657 THUNDER HILL RD
Columbia, MD 21045

DAMARIS MEJIA
3522 GREENLY ST
Silver Spring, MD 20906

Deyvi Giron
8319 26th Ave
Adelphi, MD 20783

CLAUDIA MARTINEZ
6413 JODIE ST
New Carrollton, MD 20784

DANIEL SEGOVIA QUINTEROS
409 BIRMINGHAM DR
Frederick, MD 21701

Diamond Perfection, Inc.
Cesar P. Angulo, Registered Agent
230 Capcom Avenue, Ste 103
Wake Forest, NC 27587-6510

Colomba O Ramos
1117 Chapelwood Ln
Capitol Heights, MD 20743

DAVID J CALDERON
3110 KIMBERLY RD
Hyattsville, MD 20782

Diego Romero
307 Old Line Ave
Laurel, MD 20724

DIOMEDES ALVARADO
11612 VEIRS MILL RD
Silver Spring, MD 20902

Edwin Sorto
5732 Crestwood Pl
Riverdale, MD 20737

ELSA MIRANDA
1438 GENSA DR
Hanover, MD 21076

DORA BONILLA
308 ELM LEAF AVE
Capitol Heights, MD 20743

Edwin T Reyes
7710 Frederick Rd
Hyattsville, MD 20784

Elsin Franco
4901 78th Ave
New Carrollton, MD 20784

DORA MAGANA
7305 POWHATAN ST
Lanham Seabrook, MD 20706

Egma Abril
222 Sacred Heart Ln
Reisterstown, MD 21136

ELVA GARCIA
20235 RED BUCKEYE CT
Germantown, MD 20876

DORA PALACIOS
6201 87TH AVE
New Carrollton, MD 20784

ELEASAR M BARRIENTOS
723 HAMMONDS LN
Baltimore, MD 21225

EMBER ESCOBAR
1575 WILLIAMS AVE
Essex, MD 21221

DOUGLAS NIETO
420 BIRMINGHAM DR
Frederick, MD 21701

ELIAS WELDEKIDAN
4300 MAHAN RD
Silver Spring, MD 20906

Emerson Morales
905 Rollins Ave
Capitol Heights, MD 20743

EDER LOPEZ CARBAJAL
5441 WOODLAND BLVD
Oxon Hill, MD 20745

Elida Melendez
5435 Whitfield Chapel Rd
Lanham Seabrook, MD 20706

Emilio Luna
3720 Ralph Rd
Silver Spring, MD 20906

EDGAR GUERRA
8909 CHERRY LN S
Upper Marlboro, MD 20774

ELIU MALTEZ RAMOS
8482 IMPERIAL DR
Laurel, MD 20708

EMMANUEL ESHUN
3402 SNOW CLOUD LN
Silver Spring, MD 20904

EDUARDO & ADA RIVERA
5648 SINGLETREE DR
Frederick, MD 21703

Elliot Cantor
9325 Allentown Rd
Fort Washington, MD 20744

Employment Security Commission
P.O. Box 26504
Raleigh, NC 27611-6504

EDWARD D. DILONE
EDWARD DILONE, PLLC
2530 MERIDIAN PARKWAY, SUITE 300
Durham, NC 27713

ELMER REYES
7927 LIBERTY CIR
Pasadena, MD 21122

Enrique V Fuentes
4604 Quimby Ave
Beltsville, MD 20705

ERICK ALVARENGA FUNES
6624 PEBBLE CT
Frederick, MD 21703

FELIX RAMOS RODRIGUEZ
4213 TAUNTON DR
Beltsville, MD 20705

Francisco Rivera
8153 Fenwick Ct
Laurel, MD 20707

ERIKA CARPIO
5515 MOORE ST
Brooklyn, MD 21225

FLORENTINO SILVA-GUZMAN
1610 TAYLOR AVE
Fort Washington, MD 20744

FRANCISCO S REYES
6402 AUBURN AVE
Riverdale, MD 20737

Erito A Barrientos Pacheco
6413 Sligo Pkwy
Hyattsville, MD 20782

FOSTER GYIMAH
6315 BALFOUR DR
Hyattsville, MD 20782

FRANCISCO URENA
2633 ANTLER CT
Silver Spring, MD 20904

ERNESTO MARTINEZ
2413 BLUE VALLEY DR
Silver Spring, MD 20904

FRANCESCO PISTORIO
13736 CATOCTIN FURNANCE RD
Thurmont, MD 21788

FRANKLIN AGUILAR
712 CHILLUM RD
Hyattsville, MD 20783

EVELYN RUIZ
6034 GRAYMONT DR
Frederick, MD 21704

FRANCISCO DIAZ
307 HIGHFALCON RD
Reisterstown, MD 21136

GABRIEL MANCIA
6605 SEAT PLEASANT DR
Capitol Heights, MD 20743

EVER APARICIO
4808 LEXINGTON AVE
Beltsville, MD 20705

Francisco I Ortiz
5524 Duchaine Dr
Lanham Seabrook, MD 20706

GEORGE HERNANDEZ
20514 STRATH HAVEN
Montgomery Village, MD 20886

Fabian Torres
9218 Alconia St
Lanham Seabrook, MD 20706

Francisco Lagunas
10403 Rutland Pl
Adelphi, MD 20783

Gerarda Lazo
1309 Chapel Oaks Dr
Capitol Heights, MD 20743

FANY CRUZ
6804 GENEVA LN
Temple Hills, MD 20748

FRANCISCO MARQUEZ
5819 BURGUNDY ST
Capitol Heights, MD 20743

GERARDO AVILES
422 WINSLOW RD
Oxon Hill, MD 20745

FELIX CRUZ
7337 BRANCHWOOD TER
Clinton, MD 20735

Francisco Montoya
8212 Willow St
Laurel, MD 20707

Gerardo Zarcedo
1804 Avalon Pl
Hyattsville, MD 20783

GERMAN CONTRERAS
8202 REPPY LN
Fort Washington, MD 20744

HABEMNER MEJIA
12800 LODE ST
Bowie, MD 20720

JAIME MARTINEZ
322 EAGLE HBR S
Laurel, MD 20724

German Velasquez
6503 Auburn Ave
Riverdale, MD 20737

HERBERT LOPEZ GOMEZ
4409 HARGROVE RD
Temple Hills, MD 20748

JAIMEN V HERRERA
1208 GREGORY AVE
Baltimore, MD 21207

GILBERTO ALEX LEMUS
3544 OAK DR
Edgewater, MD 21037

HERMES CARDONA
3216 VERONA DR
Silver Spring, MD 20906

JAIR TRUJILLO
6932 STORCH CIR
Lanham Seabrook, MD 20706

GILBERTO TORO
5800 CARTERS LN
Riverdale, MD 20737

HERNAN POLANCO
121 GLENLEA DR
Glen Burnie, MD 21060

JANETTE REYES
2111 OREGON AVE
Landover, MD 20785

GLORIA MENDEZ
13 N HIGHLAND AVE
Baltimore, MD 21224

Higino Molina
8415 12th Ave
Silver Spring, MD 20903

JARMY AMAYA
1013 7TH ST
Laurel, MD 20707

GONZALO HERRERA ARANDA
6402 PARK HALL DR
Laurel, MD 20707

INMA M SANCHEZ
6224 AUTH RD
Suitland, MD 20746

JAVIER RIVERA
4305 TAUNTON DR
Beltsville, MD 20705

Guillermo A Morales
4802 Sunbrook Ave
Baltimore, MD 21206

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19114-0326

Jazmin Vivar Michaca
5601 Jefferson Heights Dr
Capitol Heights, MD 20743

GUILLERMO GARCIA
1008 10TH ST
Laurel, MD 20707

ISAAC MENDOZA
3111 NEW COACH LN
Bowie, MD 20716

JEAN BAPTISTE
12501 EASTBOURNE DR
Silver Spring, MD 20904

Gumesindo Maldonado
4808 Danville Rd
Brandywine, MD 20613

JACOBO SARAVIA
5005 CHESTER ST
Oxon Hill, MD 20745

JENNIFER ARTICA
6104 KIRBY RD
Clinton, MD 20735

JENNY O PASCUAL
7523 WOODBINE DR
Laurel, MD 20707

Jose A Orellana Rivas
4009 Highland Ave
Baltimore, MD 21225

Jose Chay-Salas
217 Lower Country Dr
Gaithersburg, MD 20877

John A. Bourgeois
Kramon & Graham PA
One South Street, Suite 2600
Baltimore, MD 21202

JOSE A PEREZ
7008 HAWTHORNE ST
Hyattsville, MD 20785

JOSE CRUZ
5909 85TH PL
New Carrollton, MD 20784

JONI ORELLANA
1009 EDGERLY RD
Glen Burnie, MD 21060

Jose A Torrez Medina
402 Round Table Dr
Fort Washington, MD 20744

Jose Cruz Quintero
6902 Jarrett Ave
Oxon Hill, MD 20745

Jorge Arias
3801 Ridgewood Ave
Baltimore, MD 21215

Jose Ayala Martinez
5705 Jennifer Pl
Riverdale, MD 20737

Jose D Aguayo
808 Belfast Rd
Waldorf, MD 20602

JORGE ROJAS
19528 BROSSIE PL
Montgomery Village, MD 20886

JOSE BENITEZ
707 MENTOR AVE
Capitol Heights, MD 20743

JOSE D CHAVEZ
5006 OLYMPIA  AVE
Beltsville, MD 20705

Jose & Antonia Salgado
13028 Pickering Dr
Germantown, MD 20874

JOSE C PENATE
341 WILLIAMS RD
Glen Burnie, MD 21061

JOSE DIAZ PORTILLO
7017 GROVETON DR
Clinton, MD 20735

JOSE A CAMPOS
6631 ALLENTOWN RD
Temple Hills, MD 20748

JOSE CARRANZA
9401 WASHINGTON BLVD
Lanham Seabrook, MD 20706

Jose E Ybanez
409 Gandy Dancer Ct
Hagerstown, MD 21740

Jose A Carrillo
3913 Susanna Rd
Randallstown, MD 21133

JOSE CARTAGENA
304 GIBSON DR
Oxon Hill, MD 20745

Jose Elias
12804 Ruxton Rd
Silver Spring, MD 20904

Jose A Cruz
1722 Franwall Ave
Silver Spring, MD 20902

JOSE CEDILLO CEDILLO
3837 BRAVEHEART DR
Frederick, MD 21704

Jose Flores & Maria Reyes
8648 Welbeck Way
Montgomery Village, MD 20886

JOSE G MORALES
3834 OCEAN SUNFISH CT
Waldorf, MD 20603

Jose M Sandoval
883 Marengo St
Annapolis, MD 21401

JOSE REYES & MARIA MORENO
914 SOMERSET PL
Hyattsville, MD 20783

JOSE H MENDOZA
833 COX AVE
Hyattsville, MD 20783

Jose Mejia
101 Strongwood Rd
Owings Mills, MD 21117

JOSE RIVERA
9404 WYATT DR
Lanham, MD 20706

JOSE HERNANDEZZ.
1498 W 9TH ST
Frederick, MD 21702

JOSE MENDOZA
833 COX AVE
Hyattsville, MD 20783

Jose S Melgar
6517 Medwick Dr
Hyattsville, MD 20783

Jose J Guzman
8124 Chelaberry Ct
Gaithersburg, MD 20879

Jose O Andrade
7419 Marlboro Pike
District Heights, MD 20747

JOSE TRINIDAD CRUZ
7814 KLOVSTAD DR
Fort Washington, MD 20744

JOSE JIMENEZ
7105 WEBSTER ST
Hyattsville, MD 20784

JOSE OCHOA
316 MARDO AVE
Baltimore, MD 21227

JOSE U MENJIVAR
5809 63RD PL
Riverdale, MD 20737

JOSE LAZO
29 HOLCUMB CT
Middle River, MD 21220

Jose Olivar
9735 51st Ave
College Park, MD 20740

Jose Varela Franco
1507 Paula Dr
Silver Spring, MD 20903

Jose Lopez
4008 Payne Dr
Fort Washington, MD 20744

Jose P Vega
13003 Autumn Dr
Silver Spring, MD 20904

JOSEFA HERNANDEZ
307 SCOTTS MANOR DR
Glen Burnie, MD 21061

JOSE M LIZANO
10908 BUENA VISTA CT
Waldorf, MD 20603

Jose R Loza
7605 23rd Ave
Hyattsville, MD 20783

Joselin Polanco
13215 Superior St
Rockville, MD 20853

JOSE M SALAZAR
6003 85TH AVE
Hyattsville, MD 20784

Jose R Portillo
6621 Seat Pleasant Dr
Capitol Heights, MD 20743

Juan A Cantoral
3373 Sudlersville
Laurel, MD 20724

Juan A Ramos
4512 Falcon St
Rockville, MD 20853

JUAN VILLALOBOS
223 BOLIVAR AVE
Baltimore, MD 21225

Julio Panameno
7406 24th Ave
Hyattsville, MD 20783

JUAN BERRIOS
1536 ANDOVER LN
Frederick, MD 21702

JUANA LAZO
5717 67TH AVE
Riverdale, MD 20737

JULIO VALENCIA GARCIA
3200 CLARINDA AVE
Baltimore, MD 21230

JUAN CAMPOS
4402 75TH
Hyattsville, MD 20788-4000

Judi L Baruffaldi
12901 Tournmaline Ter
Silver Spring, MD 20904

Karen Monteblanco
4609 Tallahassee Ave
Rockville, MD 20853

Juan Dominguez
14903 Nighthawk Ln
Bowie, MD 20716

JULIA SANCHEZ
6506 8TH AVE
Hyattsville, MD 20783

KARLA MORA
5812 64TH AVE
Riverdale, MD 20737

Juan H Hernandez
1610 Leslie Rd
Baltimore, MD 21222

JULIO C PENA
7318 LEONA ST
District Heights, MD 20747

KARLA TURCIOS
7902 GRANT DR
Glenarden, MD 20706

JUAN LOPEZ
204 CEDAR DR
Glen Burnie, MD 21060

Julio C Romero
8900 Crandall Rd
Lanham Seabrook, MD 20706

KATHLEEN P. HYLAND
HYLAND LAW FIRM, LLC
16 E LOMBARD STREET, SUITE 4
Baltimore, MD 21202

JUAN MELGAR
1902 HAMPSHIRE DR
Hyattsville, MD 20783

Julio C Villator
600 Old Stape Rd
Glen Burnie, MD 21061

Kellyn X Hernandez Salvador
6504 Eaglewing Ln
Fort Washington, MD 20744

JUAN MORENO BAUTISTA
7216 ALLENTOWN RD
Fort Washington, MD 20744

Julio Cuvas
2802 Lomax Ct
Waldorf, MD 20602

KENY HENRIQUEZ
103 FRANKLIN AVE
Baltimore, MD 21225

JUAN VALLADARES
5420 ADDISON RD
Capitol Heights, MD 20743

JULIO E ARGUETA
5402 37TH AVE
Hyattsville, MD 20782

KERRISA GORDON
8508 GOOD LUCK RD
Lanham Seabrook, MD 20706

LAURA  RAMIREZ
8 HARDING RD
Glen Burnie, MD 21060

LUIS  &  MARIA  MARTINEZ
106 PROPELLER DR
Baltimore, MD 21220

MAGDALENO  MURILLO
1573 RAINHARDT LN
Glen Burnie, MD 21060

Leroy  Gomes
630 Randolph Rd
Silver Spring, MD 20904

LUIS  ARBAIZA
6905 SAINT ANNES AVE
Lanham Seabrook, MD 20706

MAIA  R  ARZAMENDIA
9205 PLEASANT CT
Laurel, MD 20708

Leyla  Sanchez
2121 N Anvil Ln
Temple Hills, MD 20748

LUIS  F  MONTIEL
411 ORCHARD AVE
Baltimore, MD 21225

MANUEL  &  YENIS  HERNANDEZ
12303 QUAIL WOODS DR
Germantown, MD 20874

Licelotte  Perez
5211 Torrington Cir
Baltimore, MD 21237

Luis  G  Diaz
21 Gentry Ln
Capitol Heights, MD 20743

MANUEL  ABREGO-LOPEZ
12234 VIERS MILL RD
Silver Spring, MD 20906

Lilian  Echeverria
5314 Cumberland St
Capitol Heights, MD 20743

LUIS  GARNICA
11563 SULLNICK WAY
Gaithersburg, MD 20878

MANUEL  BLANCO  CABRERA
1813 COUNTRY RUN WAY
Frederick, MD 21702

Liliana  Rivas
4201 Kinwount Rd
Lanham Seabrook, MD 20706

LUIS  GIRON
139 ONONDAGA DR
Oxon Hill, MD 20745

Manuel  Bran  Flores
524 Elizabeth Rd
Glen Burnie, MD 21061

Lina  Leon
12514 Barbara Rd
Silver Spring, MD 20906

LUIS  PULI  CHUQUI
6715 BOSTON AVE
Baltimore, MD 21222

Manuel  Rodriguez
4304 Newton St
Brentwood, MD 20722

Lizardo  A  Gonzalez
4104 Chelmont Ln
Bowie, MD 20715

LUIS  RIOS
12105 TAWNY LN
Bowie, MD 20715

MARCELA  LIZAMA
916 TRURO LN
Waldorf, MD 20601

LORENA  DELGADO
8447 TEA ROSE DR
Gaithersburg, MD 20879

LUZ  M  TOVAR
4015 LONGFELLOW ST
Hyattsville, MD 20781

Marcelo  Hernandez
6432 Fairbanks St
Carrollton, MD 20784

Marco  Robles
9412 SHERIDIAN ST
Lanham, MD 20706

Maria  Frapiccini
13625 N Gate Dr
Silver Spring, MD 20906

Maria  Zelaya
6530 Corkley Rd
Baltimore, MD 21237

MARIA & JOSE GUTIERREZ
6601 LOUISE ST
Lanham Seabrook, MD 20706

MARIA N   GARCIA
14453 BONNETT LN
Laurel, MD 20707

MARIANO  REYES
2404 AMHERST RD
Hyattsville, MD 20783

Maria A  Corado
9853 Brookridge Ct
Montgomery Village, MD 20886

MARIA OJEDA & CARLOS BARAHONA
413 S TAYLOR AVE
Baltimore, MD 21221

Mario Gomez
5001 Olympia Ave
Beltsville, MD 20705

Maria A  Rodriguez
6929 Decatur St
Hyattsville, MD 20784

MARIA  PERALTA
6326 61ST AVE
Riverdale, MD 20737

MARIO  GUATEMALA
4917 RIDINS RIDGE CT
Laurel, MD 20707

MARIA  AGUILAR
106 MARLEY STATION RD
Glen Burnie, MD 21060

Maria S Gomez Garcia
113 Haile Ave
Baltimore, MD 21225

MARIO  MARTINEZ
15300 ALAN DR
Laurel, MD 20707

Maria  D  Hernandez
23 York Way
Dundalk, MD 21222

Maria S Rios
9215 Chadburn Pl
Gaithersburg, MD 20886

Mario Portillo
8520 Fingerboard Rd
Frederick, MD 21704

MARIA E  AGUILAR
7100 SHEPHARD ST
Hyattsville, MD 20784

MARIA SAMBRANO   LOPEZ
13016 BLAIRMORE ST
Beltsville, MD 20705

Maritza Caceres
6901 Lyle St
Lanham Seabrook, MD 20706

MARIA E DIAZ HERNANDEZ
6542   BOCK TER
Oxon Hill, MD 20745

MARIA URBINA SARMIENTO
9304 FONTANA DR
Lanham, MD 20706

Mark Turpin
6924 Decatur St
Hyattsville, MD 20784

Maria  Feliz  Perez
2011 Hayden Rd
Hyattsville, MD 20782

MARIA  VELASQUEZ
6318 INWOOD ST
Cheverly, MD 20785

Marleny  Sanchez
434 Westminster Ct
Hagerstown, MD 21740

MARTHA E ORTIZ
7992 HIGH OAK RD
Glen Burnie, MD 21060

MD Office
38 S. Paca St. #116, Suite B
Baltimore, MD 21201

MORA PASCUALA
7506 ABBINGTON DR
Oxon Hill, MD 20745

MARTIR N VENTURA
3905 THORNWOOD RD
Hyattsville, MD 20784

Melissa Quintanal
1819 Walnut Ave
Baltimore, MD 21222

Narasimha Chappa
7201 Greenspring Ln
Lanham Seabrook, MD 20706

MARVIN VENTURA
9310 WYATT DR
Lanham, MD 20706

MESFIN DEJENE
12801 JINGLE LN
Silver Spring, MD 20906

Natanael Lopez
6832 Southfield Rd
Fort Washington, MD 20744

Mauricio Fuentes
9400 Spring Waterpath
Jessup, MD 20794

MICHA SOSA
4110 TAUNTON DR
Beltsville, MD 20705

NC Department of Revenue
Attn: Managing Agent
P.O. Box 25000
Raleigh, NC 27640

MAURICIO MENJIVAR
3304 STONEHALL DR
Beltsville, MD 20705

MIGUEL A AGUERO DIAZ
110 WILGATE RD
Owings Mills, MD 21117

NC Wake Properties

MAURO LOPEZ
14116 ALDORA CIR
Burtonsville, MD 20866

MILDRED ARTEAGA
4730 68TH PL
Hyattsville, MD 20784

Nelson Guzman
8611 Porstmouth Dr
20708

MAXIMILIANO VASQUEZ
17320 SOPER ST
Poolesville, MD 20837

MILTON SALAZAR
394 UNIVERSITY DR
Waldorf, MD 20602

NELSON MIRANDA
9614 BALTIMORE AVE
Laurel, MD 20723

MAYRA CASTELLANO
5815 31ST PL
Hyattsville, MD 20782

MIRIAM NAVARRO
7601 HARRISON LN
Temple Hills, MD 20748

Nidia Benitez
9003 2nd St
Lanham Seabrook, MD 20706

Mayra Ruiz
2503 Millvale Ave
District Heights, MD 20747

Misael A Chavez
1203 Adams Ct
Waldorf, MD 20602

NIGEL CAESAR
9520 STONEY RIDGE RD
Springdale, MD 20774

Noe D Florest Contreras
8510 Bonny Dr
District Heights, MD 20747

PATERSON ADDAI
12 HONEY BROOK LN
Gaithersburg, MD 20878

RAFAEL ANDRES
8724 EDMONSTON RD
Berwyn Heights, MD 20740

NOE FLORES
6603 RYCROFT AVE
New Carollton, MD 20784

Patricio Garay
19008 Queens Cross Ln
Germantown, MD 20876

RAMON A MARTINEZ
3808 ALLISON ST
Brentwood, MD 20722

Noe Mendoza
2812 Hollis Ferry Rd
Baltimore, MD 21230

PEDRO   DELARA
523 OLD RIVERSIDE RD
Baltimore, MD 21225

RAMON A. IZAGUIRRE
12907 BROOKE LN
Upper Marlboro, MD 20772

Norberto Rivera Chavez
2711 Colebrooke Dr
Temple Hills, MD 20748

Pedro A Chacon Aguilar
11424 Edmonton Rd
Beltsville, MD 20705

RAMON MIRABAL
4302 TAUNTON DR
Beltsville, MD 20705

NORMA E MENDEZ
1 N PENDLETON CT
Frederick, MD 21703

PEDRO M PEREZ
7106 WEBSTER ST
Hyattsville, MD 20784

RAMON REYNOSO
6309 JULIE PL
Laurel, MD 20707

OCTAVIO GOMEZ
24444 CLUB VIEW DR
Damascus, MD 20872

Peter A. Hollad
The Holland Law Firm, P.C.
P.O. Box 6268
Annapolis, MD 21401

Ramona Caceres
7876 New Freetown Rd
Pasadena, MD 21122

OMAR MARTINEZ
8632 HAWKINS CREAMERY RD
Gaithersburg, MD 20882

Peter Poakwa
6011 Crest Park Dr
Riverdale, MD 20737

Raul Benitez
5506 Winston St
Temple Hills, MD 20748

OSCAR VELASQUEZ
1317 HALLOCK DR
Odenton, MD 21113

Pilar Duarte
18614 Flen Willow Way
Germantown, MD 20874

Raul Navarro
300 Pinewood Rd
Baltimore, MD 21222

Ovidio pereira Aguilar
5201 Boydell Ave
Oxon Hill, MD 20745

PLAZA GARIBALDI
7917 RITCHIE HWY
Glen Burnie, MD 21061

RAYMOND ACEVEDO RIVERA
2 CLIPPER RD
Essex, MD 21221

Rene A Gamez
7203 Marywood St
New Carrolton, MD 20784

Roberto Mancia
24 New Jersey Ave NW
Glen Burnie, MD 21061

Rosa D Raymundis
6308 63rd Ave
Riverdale, MD 20737

RENE A NOLASCO
7909 WEBSTER LN
Fort Washington, MD 20744

ROBERTO RODRIGUEZ ALMADA
11423 BRUNDIDGE TER
Germantown, MD 20876

ROSA MARIA ROLDAN
11502 NEWPORT MILL RD
Silver Spring, MD 20902

RENE LAZO & PAULA LAZO
29 VICENT AVE
Baltimore, MD 21221

Roberto Sosa
4616 Blackwood Rd
Beltsville, MD 20705

Rosa Perez Quezada
717 Oldham St
Baltimore, MD 21224

RENE M PALACIOS
21 MARSHALL RD
Waldorf, MD 20602

Rocio Carrillo
606 Apple Ave
Frederick, MD 21701

ROSA RICHARDSON
2418 OLSON ST
Temple Hills, MD 20748

REYNALDO HERNANDEZ
3603 MAJESTIC LN
Bowie, MD 20715

RODEVELL SANTOS
4907 RESTON LN
Bowie, MD 20715

ROSA VENTURA
5201 ADDISON RD
Capitol Heights, MD 20743

RICARDO DACRUZ
807 STONE AVE
Waldorf, MD 20602

ROGER ORELLANA
1023 RUATAN ST
Silver Spring, MD 20903

ROSALVA FLORES
3805 NICHOLSON ST
Hyattsville, MD 20782

Ricardo J Granados
9016 50th Pl
College Park, MD 20740

Romeo S Pena
735 Carson Ave
Oxon Hill, MD 20745

ROXANA BENITEZ
5607 SHAWNEE DR
Oxon Hill, MD 20745

RICARDO J TORRES RAMOS
1598 ANDOVER LN
Frederick, MD 21702

RONIS COREAS
2808 KERNAL LN
Temple Hills, MD 20748

ROXANA E PEREZ
1541 ALDENEY AVE
Baltimore, MD 21220

RICARDO MATIZ
12115 STATEWOOD RD
Reisterstown, MD 21156

Rony Ruano
818 Kellogg Rd
Lutherville Timonium, MD 21093

ROXANA L SALGADO
338 COMPTON AVE
Laurel, MD 20707

Ruben A Herrera
146 Louise Ter
Glen Burnie, MD 21060

Santos & Ileanna Uria
37 Lombardy Dr
Dundalk, MD 21222

Selvin Ramos
1334 Tenbrook Rd
Odenton, MD 21113

Rudis A Escobar
6525 Rolling Ridge Dr
Capitol Heights, MD 20743

SANTOS AMAYA
5646 CALYN RD
Catonsville, MD 21228

Sharon Barrientos
7039 E Baltimore St
Baltimore, MD 21224

RUDY ALEXANDER ORELLANA
5711 HILAND AVE
Lanham Seabrook, MD 20706

SANTOS BONILLA ZAVALA
7 PEPPER MILL DR
Capitol Heights, MD 20743

Sifredo Hernandez Martinez
11807 Cedarville Rd
Brandywine, MD 20613

Salvadora Ramos Jiron
809 Berkshire Dr
Hyattsville, MD 20783

SANTOS G MACHADO
704 SHELBY DR
Oxon Hill, MD 20745

SOFIA A BAIRES
6602 STANTON RD
Hyattsville, MD 20784

Samia Angel
5102 Aldershot Dr
Lanham Seabrook, MD 20706

SANTOS VELASQUEZ
1702 LANGLEY WAY
Hyattsville, MD 20783

SOILA Y RODRIGUEZ
1217 LEONARD DR
Glen Burnie, MD 21060

SAMUEL GOMEZ
8508 POWHATAN ST
Hyattsville, MD 20784

Saturnino Gonzalez
7812 Livingston Rd
Oxon Hill, MD 20745

SONIA M VELASQUEZ
6807 RANDOLPH ST
Hyattsville, MD 20784

SAMUEL REYES
4902 MEADOWBROOK DR
Suitland, MD 20746

SAUL FLORES
8005 KIMBERLY RD
Dundalk, MD 21222

SONIA SORTO
802 NEPTUNE AVE
Oxon Hill, MD 20745

SANDIBEL ALARCON HERRERA
3429 NAVY DR
Suitland, MD 20746

Scott C. Borison
Legg Law Firm, LLP
1900 S. Norfolk St, Suite 350
San Mateo, CA 94403

SUSANA ALVAREZ BERRIOS
2107 VIRGINIA AVE
Hyattsville, MD 20785

SANTIAGO SANCHEZ TAPIA
7000 BARTON RD
Hyattsville, MD 20784

Secretary of Treasury
Attn: Managing Agent
1500 Pennsylvania Ave. NW
Washington, DC 20220

Suyapa Diaz
4407 Bayne St
Rockville, MD 20853

Tchouli  Gombo
1905 Olivine Ct
Silver Spring, MD 20904

Virgen  Santana
8605 Mulberry St
Laurel, MD 20707

Yazmin  O  Lazo
6706 Patteron St
Riverdale, MD 20737

TEODORO  CAMPOS
6730 GRACELAND AVE
Baltimore, MD 21224

WALTER  FLORES  RAMOS
16936 SHINHAM RD
Hagerstown, MD 21740

YENIS  GONZALEZ
704 BOOKER DR
Capitol Heights, MD 20743

Teresa  Hernandez
12201 Old Fort Rd
Fort Washington, MD 20744

WENDY  SANCHEZ
12101N MARLTON AVE
Upper Marlboro, MD 20772

ZENAIDA  PERALTA
3019 LOUISIANA AVENUE, UNIT A
Halethorpe, MD 21227

Teresa  Rovira
3712 37th Ave
Brentwood, MD 20722

Wilber  A  Vasquez
3106 Thornfiled Rd
Baltimore, MD 21207

ZOILA  E  RAMIREZ  VILLALVA
7 TROUT LILY CT
Owings Mills, MD 21117

United  States  Attorney
Federal Bulding
310 New Bern Avenue, Suite 800
Raleigh, NC 27601-1461

WILFREDO  PORTILLO
8507 LOCUST GROVE DR
Laurel, MD 20707

Zoila  Ramirez
711 Kelly Rd
Fort Washington, MD 20744

VALMIR  D  MENEZES
6 TARPSIDE CT
Gaithersburg, MD 20879

William  Gutierrez
15615 Lord Snowden Pl
Laurel, MD 20707

Zuly  R  Portillo
3417 Dunhaven Rd
Baltimore, MD 21222

VERONICA  MEJIA  DE  ZELAYA
9209 LANHAM SEVEN RD
Lanham Seabrook, MD 20706

WILLIAM  VASQUEZ  FLORES
13019 8TH ST
Bowie, MD 20720

VICTOR  BANUELOS
4402 RITCHIE HWY
Brooklyn, MD 21225

Wilson  D  Parra
4403 Jupiter St
Rockville, MD 20853

VICTOR  LUCERO  LUCERO
5201 59TH AVE
Hyattsville, MD 20781

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Diamond Perfection, Inc.**                      Case No.

                            Debtor(s)           Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Diamond Perfection, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 18, 2019**

Date

**/s/ James B. Angell**

**James B. Angell**

Signature of Attorney or Litigant

Counsel for   **Diamond Perfection, Inc.**

**Howard, Stallings, From, Atkins, Angell & Davis, P.A.**

**P.O. Box 12347**
**Raleigh, NC 27605**
**(919) 821-7700 Fax:(919) 821-7703**
**JAngell@hsfh.com**

Rev. 11/22/16

# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

In re:   Diamond Perfection, Inc. _____  Debtor(s)   Case No. _____

### DEBTOR(S) ELECTRONIC NOTICING REQUEST (DeBN)

**CHECK ONLY ONE BOX FOR THE APPLICABLE SECTION BELOW:**

■ **INITIAL REQUEST:**  (Check this box to begin receiving notices and orders from the U.S. Bankruptcy Court via email)

Pursuant to Bankruptcy Rule 9036, I hereby request receipt of court notices and orders via email, instead of U.S. mail, from the Bankruptcy Noticing Center (BNC) through the U.S. Bankruptcy Court's Debtor Electronic Bankruptcy Noticing (DeBN) program.

I understand that this request is limited to receipt of only notices and orders filed by the U.S. Bankruptcy Court. I will continue to receive documents filed by all other parties, such as the trustee and creditors, via U.S. mail or in person pursuant to court rules.

I understand that I will receive electronic notice of any documents filed by the court in any current or future bankruptcy or adversary case from any bankruptcy court district in which I am listed with the same name and address, including cases where I am listed as a creditor.

I understand that the first time the BNC receives an email bounce-back (undeliverable email), my DeBN account will be automatically disabled. I will then receive notices and orders via U.S. mail, and I must file an updated request form if I wish to reactivate my account.

I understand that enrollment in DeBN is completely voluntarily, and I may file a request to deactivate my account at any time.

☐ **DECLINE REQUEST:** (Check this box to decline receiving notices and orders from the U.S. Bankruptcy Court via email)

☐ **UPDATE TO ACCOUNT INFORMATION:**  (Check this box to make changes to your existing DeBN account)

I request the following update(s) to my DeBN account:

    ☐ I have a new email address as indicated below.

    ☐ I filed a new bankruptcy case, and I have an existing DeBN account. Please review my account to ensure my name and address in my account match this new case.

    ☐ I request reactivation of my DeBN account so that I may receive court notices and orders via email, instead of U.S. mail.

☐ **REQUEST TO DEACTIVATE ELECTRONIC NOTICING:** (Check this box to request deactivation of your DeBN account)

I request deactivation of my DeBN account. I understand that by deactivating my account, I will begin receiving notices and orders filed by the U.S. Bankruptcy Court via U.S. mail, instead of email.

I understand that I will continue to receive electronic notices until such time as the Court has deactivated my account.

*I am a debtor in this bankruptcy case, or the debtor's authorized representative if the debtor is a business, and I have read the applicable section check-marked above and understand and agree to the terms and conditions set forth therein. Neither the U.S. Bankruptcy Court nor the BNC bears any liability for errors resulting from the information I have submitted on this form. If I already have a different electronic noticing account, you may deactivate that account and create this DeBN account.*

***Joint debtors** who each request enrollment or already have a DeBN account **must file separate forms**.*

Signature   **/s/ Cesar Angulo** _____   Date:   **July 18, 2019**

Print Name (and title if not the debtor):   **Cesar Angulo** _____

Email Address (type or print clearly):   **accounting@aquafeelsolutions.com** _____

For more information about the DeBN program, visit the Court's website at: www.nceb.uscourts.gov.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re __Diamond Perfection, Inc._____     Case No. _____
_____     Chapter __11_____
                                    Debtor(s)

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Cesar Angulo**, **CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Cesar Angulo**, **CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Cesar Angulo**, **CEO** of this Corporation is authorized and directed to employ **James B. Angell**, attorney and the law firm of **Howard, Stallings, From, Atkins, Angell & Davis, P.A.** to represent the corporation in such bankruptcy case.

Date   __July 18, 2019_____     Signed   _/s/Cesar Angulo_____

Date   __July 18, 2019_____     Signed   _____

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    __Diamond Perfection, Inc.__      Case No. _____

                                            Debtor(s)      Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS☐

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Cesar Angulo** | | **100%** | |
| **230 Capcom Ave, Suite 103** | | | |
| **Wake Forest, NC 27587** | | | |

        I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __July 18, 2019__ _____      Signed    /s/Cesar Angulo _____

                                                        **Cesar Angulo**
                                                        **CEO**